United States Courts
Southern District of Texas
FILED

MAR 21 2023

Nathan Ochsner, **Clerk of Court**

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of _____
                          (State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Debtor in Possession     Kemah Development LLC, GP 1%

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Kemah Development TX, LP 99%
   AMERICAN INTERNATIONAL INDUSTRIES Inc. (AMIN)
   AMERICAN INTERNATIONAL TX, Properties Inc.
   Kemah 518, Inc.
   → EIN (consolidated) 88-0326480

3. **Debtor's federal Employer Identification Number (EIN)**

   26-0815310 (LLC)
   20-8030833 (LP)

4. **Debtor's address**

   **Principal place of business**

   5850 San Felipe #500
   Number   Street

   HOUSTON   TX   77056
   City      State ZIP Code

   HARRIS
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City      State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   HOUSTON   TX
   City      State   ZIP Code

5. **Debtor's website** (URL)   americanii.com

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor _____     Case number *(if known)*_____
         Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)  *and LP is Scorp.*
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*  *reorganization*
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.  *(will provide)*
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor _____   Case number (if known) _____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.  District _____ When __/__/____ Case number _____
   District _____ When __/__/____ Case number _____

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.  Debtor _____ Relationship _____
    District _____ When __/__/____

    List all cases. If more than 1, attach a separate list.

    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☒ Other  Beneficiaries have interest in the land and we need to save it from attorneys at Probate Court wanting to take over our estate - ESTATE OF DANIEL DROP SR.

    Where is the property?  Kemah, TX FM518
    Airport blvd by Syms Bayou
    Number  Street
    HOUSTON          TX  77006
    City              State ZIP Code
    Also @ Kemah, 518 FM and TX City TX and 96/146

    Is the property insured?
    ☐ No
    ☒ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

Debtor _____    Case number (if known)_____
         Name

13. **Debtor's estimation of available funds**

    Check one:
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49
    ☑ 50-99  Shareholders
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☑ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☑ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  03/21/2023
                 MM / DD / YYYY

    x _____
    Signature of authorized representative of debtor

    Title  Trustee, and general partner

    832-452-5228 cel.

    Printed name  GABRIELA DROR as trustee of DAVID ALEXANDER DROR TRUST (GP of KLLC)

Debtor _____    Case number *(if known)*_____
      Name

**18. Signature of attorney**     ✘ _____   Date  _____
                                          Signature of attorney for debtor                              MM    / DD  / YYYY

                                          _____
                                          Printed name

                                          _____
                                          Firm name

                                          _____
                                          Number       Street

                                          _____  _____  _____
                                          City                                            State       ZIP Code

                                          _____           _____
                                          Contact phone                                     Email address

                                          _____           _____
                                          Bar number                                           State