# EXHIBIT 4C

CAUSE NO. 2010-27354

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS) TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-FXD1, ASSET-BACKED CERTIFICATES, SERIES 2007-FXD1, BY ITS SERVICER-IN-FACT, SPECIALIZED LOAN SERVICING, LLC,<br>    Plaintiff,<br><br>VS.<br><br>BOULEVARD PROPERTIES CORPORATION, DANIEL DROR, II, DANIEL DROR, AND GABRIELA KRKOSKOVA DROR,<br>    Defendants. | IN THE DISTRICT COURT OF<br><br><br><br><br><br><br><br><br>270TH JUDICIAL DISTRICT<br><br><br><br><br>HARRIS COUNTY, TEXAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
GABRIELA KRKOSKOVA DROR
SEPTEMBER 7, 2012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION of GABRIELA KRKOSKOVA DROR, produced as a witness at the instance of the Plaintiff/Counter-Defendant Wells Fargo, Trustee, and duly sworn, was taken in the above-styled and numbered cause on the 7th day of September, 2012, from 3:53 p.m. to 4:09 p.m., before Yvette Perrodin, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Hughes, Watters, Askanase, L.L.P., Three Allen Center, 333 Clay, 29th Floor, Houston, Texas, pursuant to the Texas Rules of Civil Procedure and the stipulations of counsel as set out herein or attached hereto.

Videotaped Deposition of Gabriella K Dror

### Page 2

APPEARANCES

FOR THE PLAINTIFFS:
   Mr. C. Ed Harrell
   HUGHES, WATTERS, ASKANASE, L.L.P.
   Three Allen Center
   333 Clay, 29th Floor
   Houston, Texas 77002
   Phone: (713) 759-0818
   Fax:   (713) 759-6834

FOR THE DEFENDANTS DANIEL DROR, II, DANIEL DROR, AND GABRIELA KRKOSKOVA DROR:
   Mr. Neal D. Cannon, Jr.
   NEAL CANNON & ASSOCIATES, P.C.
   921A Heights Boulevard
   Houston, Texas 77008
   Phone: (713) 260-3900
   Fax:   (713) 260-3902

FOR THE DEFENDANT BOULEVARD PROPERTIES CORPORATION:
   Mr. Leonard H. Simon
   PENDERGRAFT & SIMON
   2777 Allen Parkway, Suite 800
   Houston, Texas 77019
   Phone: (713) 528-8555
   Fax:   (832) 202-2810

ALSO PRESENT:
   Mr. Mark Hendrix - Videographer
   Ms. Kathy Conn
   Mr. Daniel Dror

### Page 3

INDEX
                    PAGE
Stipulations                  1
Appearances                   2

GABRIELA KRKOSKOVA DROR
    Examination by Mr. Harrell    4
    Examination by Mr. Simon      15
    Examination by Mr. Cannon     18

Signature and Changes         20
Reporter's Certificate        22

### Page 4

1  THE VIDEOGRAPHER: Today's date is
2  September 7th, 2012. We're on the record at 3:53,
3  start Tape 1.
4  GABRIELA KRKOSKOVA DROR,
5  having been first duly sworn, testified as follows:
6  EXAMINATION
7  BY MR. HARRELL:
8  Q. Would you give us your name, please, ma'am?
9  A. Gabriela Dror.
10  Q. Have you ever had your deposition taken
11  before, Ms. Dror?
12  A. No.
13  Q. I'll give you a brief description of the
14  process. I'm going to ask some questions; I'll try
15  to make them understandable. If you don't understand
16  me, tell me, and I'll try to rephrase it. And then
17  you will answer my question, and the court reporter
18  is going to take it down, the videographer is filming
19  you on the screen, just like a video.
20  And so I'm -- this is a formal
21  proceeding. You've been sworn to tell the truth. Do
22  you understand what the oath is?
23  A. Yes.
24  MR. CANNON: And speak up just a little
25  bit, Gabriela.

### Page 5

1  THE WITNESS: Okay.
2  A. Yes.
3  Q. (BY MR. HARRELL) The videographer will tell
4  us if you're not speaking loud enough, but it will be
5  helpful if you can just enunciate a little bit more.
6  Do you know anything about this lawsuit
7  or why you've been made a party to the lawsuit?
8  A. Very briefly.
9  Q. Do you understand that, at one time, you
10  had -- you and your husband had a life estate in the
11  North Boulevard Property?
12  A. I believe so.
13  Q. I mean, do you -- do you understand that, or
14  do you have any understanding of that?
15  A. I was told we had a life estate.
16  Q. Okay. When were you told that?
17  A. I don't remember.
18  Q. When were you and Daniel Dror married, if you
19  recall?
20  A. January 25, 2005.
21  Q. Had you been living together, before you were
22  married?
23  A. Pardon me. Can you repeat it?
24  Q. Were you living together, before you got
25  married?

Videotaped Deposition of Gabriella K Dror

Page 6

1  A. No.
2  Q. You have a child together. Is that correct?
3  A. Yes, that's correct.
4  Q. When was your son born?
5  A. December 21, 2004.
6  Q. I'm not trying to pry, but I'm just needing
7  to ask some questions.
8      So your testimony is, before 2004, you
9  did not reside with Mr. Dror. Is that correct?
10 A. That's correct.
11 Q. When did you begin residing with Ms. Dror?
12 A. Probably about a month after David was born.
13 Q. Okay. So about the time of your --
14 A. After we got married.
15 Q. Yeah, okay.
16 A. Just about.
17 Q. To your understanding, has Mr. Dror always
18 lived -- for the last 20-plus years, has he lived at
19 the North Boulevard home?
20     MR. SIMON: Objection; form.
21 A. I was told, yes.
22 Q. (BY MR. HARRELL) That's what your
23 understanding is. Correct?
24 A. That's correct.
25 Q. When you moved in to the North Boulevard

Page 7

1  property, it was Mr. Dror, you, and the baby. True?
2  A. I'm sorry. Can you repeat it, again?
3  Q. Sure.
4      In approximately January of 2005, you
5  moved in to the North Boulevard property with your
6  son?
7  A. I don't remember the exact time, but, yes,
8  after David was born, sometimes -- sometime after
9  that I moved.
10 Q. Okay. The two of -- the two of you moved,
11 you and the baby. Correct?
12 A. Yes, uh-huh.
13 Q. Yeah. And with you and the baby there, there
14 were three people living at North Boulevard. True?
15 A. I cannot really answer the exact way,
16 because -- if you rephrase that question, I can
17 answer.
18 Q. Before you moved in -- you and your son moved
19 into North Boulevard, Mr. Dror lived there by
20 himself. True?
21 A. I don't know exactly.
22 Q. Fair enough.
23 A. Uh-huh.
24 Q. But when you and your son moved there, it was
25 Mr. Dror, you, and your son living there. Correct?

Page 8

1  A. Yes.
2  Q. Have you ever met -- met Mr. Dror's brother,
3  Elkana?
4  A. I met him once.
5  Q. When did you meet him?
6  A. I don't remember.
7  Q. Was it before your son was born or after your
8  son was born?
9  A. After David was born.
10 Q. Where -- did you meet him in -- in Texas, did
11 you meet him in Brazil, or what?
12 A. Texas.
13 Q. How old was your son when you met Mr. Elkana?
14 A. I don't remember exactly. He was little.
15 Q. Is -- what was the occasion for you meeting
16 Mr. Elkana?
17 A. That family trip.
18 Q. Socially?
19     Let me ask you this way.
20 A. That family trip.
21 Q. Who was there, on behalf of the family?
22 A. What do you mean? I'm sorry.
23 Q. Who was there? You said it was a family
24 trip. Who was the family that was with him?
25 A. Elkana, his wife, children, uh-huh.

Page 9

1  Q. Is he older or younger than Mr. Dror, your
2  husband?
3  A. I don't know exactly. I believe younger.
4  Q. Do you know anything about his business or
5  businesses?
6  A. No.
7  Q. Do you know anything about Boulevard
8  Properties?
9  A. Not very much.
10 Q. What do you know about Boulevard Properties?
11 A. Really not -- not -- I just know that it
12 exists, but I don't really know the details of it.
13 Q. Do you know that your husband has federal
14 income tax liens against him?
15 A. I -- I don't know exactly.
16 Q. Do you know what a federal income tax lien
17 is?
18 A. Yes.
19 Q. Have you ever seen any kind of documents of
20 federal income tax liens against your husband?
21 A. Not that I remember.
22 Q. If mail comes addressed to Mr. Dror, at
23 1412 North Boulevard, from the IRS, do you open it,
24 or do you give it to your husband?
25 A. I give it to my husband.

3 (Pages 6 to 9)

Videotaped Deposition of Gabriella K Dror

Page 18

1  MR. CANNON: One other question.
2  Gabriela --
3  MR. HARRELL: No, you passed. You don't
4  get another chance.
5  EXAMINATION
6  BY MR. CANNON:
7  Q. Gabriela, does Daniel Dror, II, have any
8  furniture at the North Boulevard house?
9  A. Yes.
10  MR. HARRELL: Object; form.
11  A. He does.
12  Q. (BY MR. CANNON) Would you tell us what he has
13  there?
14  A. He has lots of things, lots of furniture. He
15  has motorcycles, some boxes in the garage. He has
16  plenty things.
17  Q. And furniture in the house?
18  A. Yes, uh-huh.
19  Q. Okay.
20  MR. CANNON: I'll reserve any other
21  questions.
22  MR. SIMON: No further questions.
23  MR. HARRELL: Done.
24  Thank you, ma'am. Appreciate it.
25  THE VIDEOGRAPHER: We're off the record,

Page 19

1  4:09, ending Tape 1.
2  (Proceedings concluded/recessed at
3  4:09 p.m.)

Page 20

CHANGES AND SIGNATURE
Witness: GABRIELA KRKOSKOVA DROR    Date: 09/07/12
PAGE   LINE    CHANGE    REASON

Page 21

1  I, GABRIELA KRKOSKOVA DROR, have read the
2  foregoing deposition and hereby affix my signature
3  that same is true and correct, except as noted above.

7  GABRIELA KRKOSKOVA DROR

THE STATE OF TEXAS   )
9  COUNTY OF _____ )

11  Before me, _____, on this day
12  personally appeared GABRIELA KRKOSKOVA DROR, known to
13  me (or proved to me under oath or through
14  _____) (description of identity card or
15  other document) to be the person whose name is
16  subscribed to the foregoing instrument and
17  acknowledged to me that they executed the same for
18  the purposes and consideration therein expressed.
19  Given under my hand and seal of office this
20  _____ day of _____, 2012.

Notary Public in and for
the State of Texas

6 (Pages 18 to 21)

## Page 22

```
 1           CAUSE NO. 2010-27354
 2   WELLS FARGO BANK, N.A., AS) IN THE DISTRICT COURT OF
     TRUSTEE FOR OPTION ONE   )
 3   MORTGAGE LOAN TRUST      )
     2007-FXD1, ASSET-BACKED  )
 4   CERTIFICATES, SERIES     )
     2007-FXD1, BY ITS        )
 5   SERVICER-IN-FACT,        )
     SPECIALIZED LOAN         )
 6   SERVICING, LLC,          )
         Plaintiff,           )
 7                            )
     VS.         ) 270TH JUDICIAL DISTRICT
 8                            )
     BOULEVARD PROPERTIES     )
 9   CORPORATION, DANIEL DROR,)
     II, DANIEL DROR, AND     )
10   GABRIELA KRKOSKOVA DROR, )
         Defendants.   ) HARRIS COUNTY, TEXAS
11
12               REPORTER'S CERTIFICATION
13         DEPOSITION OF GABRIELA KRKOSKOVA DROR
14                  SEPTEMBER 7, 2012
15
16      I, Yvette M. Perrodin, Certified Shorthand
17   Reporter in and for the State of Texas, hereby
18   certify to the following:
19      That the witness, GABRIELA KRKOSKOVA DROR, was
20   duly sworn by the officer and that the transcript of
21   the oral deposition is a true record of the testimony
22   given by the witness;
23      That the deposition transcript was submitted on
24   _____ to the witness or to the attorney
25   for the witness for examination, signature and return
```

## Page 23

```
 1   to me by _____, 2012.
 2      That the amount of time used by each party at the
 3   deposition is as follows:
 4   MR. C. ED HARRELL  (13 Minutes)
 5   MR. NEAL D. CANNON, JR.  (1 Minutes)
 6   MR. LEONARD H. SIMON  (2 Minutes)
 7      That pursuant to information given to the
 8   deposition officer at the time said testimony was
 9   taken, the following includes counsel for all parties
10   of record:
11      Mr. C. Ed Harrell, Counsel for
12   Plaintiff/Counter-Defendant Wells Fargo, Trustee
13      Mr. Neal D. Cannon, Jr., Counsel for Defendants
14   Daniel Dror, II, Daniel Dror, and Gabriela Krkoskova
15   Dror
16      Mr. Leonard H. Simon, Counsel for Defendant
17   Boulevard Properties Corporation
18      I further certify that I am neither counsel for,
19   related to, nor employed by any of the parties or
20   attorneys in the action in which this proceeding was
21   taken; and further, that I am not financially or
22   otherwise interested in the outcome of the action.
23      Further certification requirements pursuant to
24   Rule 203 of TRCP will be certified to after they have
25   occurred.
```

## Page 24

```
 1   Certified to by me this _____ day of
 2   _____, 2012.
 3
 4
 5
         Yvette M. Perrodin, CSR #8122
 6       CSR Expiration: 12-31-2013
         Liberty Litigation Support
 7       7171 Highway 6 N., Suite 200
         Houston, Texas 77095
 8       Phone: (832) 427-5460
         Fax:   (713) 533-8997
 9       Firm Registration No. 708
10
```

## Page 25

```
 1       FURTHER CERTIFICATION UNDER RULE 203 TRCP
 2      The original deposition was/was not returned to
 3   the deposition officer on _____;
 4      If returned, the attached Changes and Signature
 5   page contains any changes and the reasons therefor;
 6      If returned, the original deposition was
 7   delivered to Mr. C. Ed Harrell, Custodial Attorney;
 8      That $_____ is the deposition officer's
 9   charges to the Plaintiff/Counter-Defendant
10   Wells Fargo, Trustee, for preparing the original
11   deposition transcript and any copies of exhibits;
12      That the deposition was delivered in accordance
13   with Rule 203.3, and that a copy of this certificate
14   was served on all parties shown herein on
15   _____ and filed with the Clerk.
16   Certified to by me this _____ day of
17   _____, 2012.
18
19
20   _____
         Yvette M. Perrodin, CSR #8122
21       CSR Expiration: 12-31-2013
         Liberty Litigation Support
22       7171 Highway 6 N., Suite 200
         Houston, Texas 77095
23       Phone: (832) 427-5460
         Fax:   (713) 533-8997
24       Firm Registration No. 708
25
```